RICHARD G. CARLSTON (Bar No. 88050)
  (e-mail: rgc@msandr.com)
ELIZABETH K. HWANG (Bar No. 201340)
  (e-mail: ekh@msandr.com)
MATTHEW C. HENDERSON (Bar No. 229259)
  (e-mail: mch@msandr.com)
MILLER, STARR & REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California  94596
Telephone:     (925) 935-9400
Facsimile:      (925) 933-4126

Attorneys for Plaintiff
AMERICAN LAND TITLE ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LAND TITLE ASSOCIATION, a nonprofit District of Columbia corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; AGRICULTURAL INSURANCE COMPANY, a South Dakota corporation; GROUP9, INC., a Pennsylvania corporation; SEATTLE SPECIALTY INSURANCE SERVICES, INC., a Washington corporation; ZURICH NORTH AMERICAN, an Illinois corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a Maryland corporation; EMPIRE INDEMNITY COMPANY, an Oklahoma corporation; TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; GUARANTY NATIONAL INSURANCE COMPANY, a Colorado | No. C 05 4365 PJH<br><br>STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE; ORDER THEREON<br><br>Date Complaint Filed:      October 26, 2005 |

1  corporation; DEERFIELD INSURANCE

2  COMPANY, an Illinois/Connecticut
corporation; SAFECO INSURANCE
3  COMPANY, a Washington corporation;
SAFECO FINANCIAL INSTITUTION
4  SOLUTIONS, INC., a California
corporation; NORTH AMERICAN
5  CAPACITY INSURANCE COMPANY,
a New Hampshire corporation;
6  BANCINSURE, INC., an Oklahoma
corporation; and MATTERHORN
7  FINANCIAL SERVICES, INC., a
Maryland corporation,

8
Defendants.
9

10          Pursuant to Local Rule 6-2, Plaintiff American Land Title Association ("Plaintiff")

11  and defendants Deerfield Insurance Company, Great American Insurance Company, Great

12  America Assurance Company f/k/a Agricultural Insurance Company, Group9, Inc., Seattle

13  Specialty Insurance Services, Inc., Zurich North American, Zurich American Insurance

14  Company, Fidelity & Deposit Company of Maryland, Colonial American Casualty and Surety

15  Company, Empire Indemnity Insurance Company, Travelers Indemnity Company of America,

16  North American Capacity Insurance Company, Guaranty National Insurance Company,

17  Bancinsure, Inc., and Matterhorn Financial Services, Inc. (collectively, "Defendants"), hereby

18  stipulate to the following:

19              1.  Plaintiff filed a Complaint for declaratory and injunctive relief on October

20                  26, 2005;

21              2.  Plaintiff and defendants Great American Insurance Company, Great

22                  America Assurance Company f/k/a Agricultural Insurance Company, and

23                  Group9, Inc. agreed by stipulation filed with this Court that the time period

24                  for any defendant to answer or otherwise respond to the Complaint was

25                  extended to January 17, 2006;

26              3.  With the exception of Deerfield Insurance Company, Defendants filed

27                  and/or joined in five Motions to Dismiss the Complaint (collectively, the

28

1       "Motions") on January 17, 2006.  The Motions are presently scheduled to

2       be heard by the Court on February 22, 2006.

3       4.  Plaintiff and Defendants agreed that good cause existed to continue the

4           February 22, 2006, hearing date on the Motions, until April 19, 2006, to

5           allow the parties and this Court sufficient time to address the issues

6           presented in the Motions, wherein Plaintiff's opposition to the Motions

7           would be due on March 1, 2006, and Defendants' reply papers to the

8           Motions would be due on April 12, 2006.

9       5.  The initial Case Management Conference in this matter is presently

10          scheduled for 2:30 p.m. on February 23, 2006.

11      6.  On January 25, 2006, counsel for Plaintiff and Defendants participated in a

12          joint telephone conference pursuant to the meet and confer requirements

13          set forth in FRCP 26, FRCP 16, Civil L.R. 16-9 and this Court's "Order

14          Setting Case Management Conference and Requiring Joint Case

15          Management Statement".  In light of the pending Motions, Plaintiff and

16          Defendants stipulated that good cause existed to continue the initial Case

17          Management Conference until approximately three weeks after the hearing

18          on the Motions (i.e., until May 11, 2006), and, to accordingly, to continue

19          all dates that correspond to the initial Case Management Conference (e.g.,

20          dates to meet and confer regarding initial disclosures, early settlement,

21          ADR stipulation and discovery plans).

22      7.  On or about January 31, 2006, the initial "Stipulation for Continuance of

23          Hearing on Defendants' Motions to Dismiss and Case Management

24          Conference; Order Thereon" was filed with the court, setting forth the

25          above-agreed dates corresponding to the hearing (and briefing) on the

26          Motions and to the Case Management Conference.

27      8.  On or about February 1, 2006, the court contacted Plaintiff's counsel and

28          requested that the hearing date be continued an additional two weeks.

1        Upon consultation with the schedule of all parties in this case, and with

2        concurrence of the court, Plaintiff and Defendants stipulate that the hearing

3        shall be continued until May 10, 2006, and that the CMC and related dates

4        should be continued three weeks (in accord with the three-week

5        continuance of the hearing date).

6    NOW THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby

7    stipulate and agree to the following schedule regarding: (1) defendant Deerfield Insurance

8    Company's response to Plaintiff's Complaint, (2) briefing and hearing of the Motions, and (3) the

9    initial Case Management Conference and its related scheduling requirements:

10       1. Defendant Deerfield Insurance Company shall have to, and including,

11          February 20, 2006 to file and serve its response to Plaintiff's Complaint.

12       2. The hearing date on Defendants' Motions shall be continued from February

13          22, 2006, until May 10, 2006.

14       3. Plaintiff shall have to, and including, March 1, 2006 to file and serve its

15          papers in opposition to the Motions.

16       4. Defendants shall have to, and including, April 12, 2006 to file and serve

17          their reply papers in support of the Motions.

18       5. The initial Case Management Conference in this matter shall be continued

19          from February 22, 2006, until June 1, 2006.

20       6. The last day to meet and confer regarding initial disclosures, early

21          settlement, ADR process selection and discovery plans shall be May 15,

22          2006.

23       7. The last day to file joint the ADR certification with stipulation to the ADR

24          process, or the notice of the need for an ADR conference, shall be May 15,

25          2006.

26

27

28

1        8.  The last day to complete the initial disclosures, or to state objections in a

2        FRCP Rule 26(f) Report, the last day to file and serve the initial Case

3        Management Statement, and the last day to file and serve the FRCP 26(f)

4        Report shall be May 25, 2006.

5        IT IS SO STIPULATED.

6  Dated: February 7, 2006        MILLER, STARR & REGALIA

7

8                          By: _____

9                            MATTHEW C. HENDERSON
                                Attorneys for Plaintiff

10                          AMERICAN LAND TITLE
                          ASSOCIATION

11

12  Dated:  February __, 2006        McMANIS FAULKNER & MORGAN

13

14                          By: _____

15                            JAMES McMANIS
                            Attorneys for Defendant
                          GROUP9, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1        8.  The last day to complete the initial disclosures, or to state objections in a

2        FRCP Rule 26(f) Report, the last day to file and serve the initial Case

3        Management Statement, and the last day to file and serve the FRCP 26(f)

4        Report shall be May 25, 2006.

5        IT IS SO STIPULATED.

6  Dated: February __, 2006        MILLER, STARR & REGALIA

7

8                                  By: _____

9                                      MATTHEW C. HENDERSON
                                    Attorneys for Plaintiff

10                                  AMERICAN LAND TITLE
                                  ASSOCIATION

11

12  Dated: February 7, 2006        McMANIS FAULKNER & MORGAN

13

14                                  By: _____

15                                    JAMES McMANIS
                                  Attorneys for Defendant
                                  GROUP9, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: January _31_, 2006            FRIEDMAN DUMAS & SPRINGWATER LLP

2

3                                     By: _____

4                                         GAIL S. GREENWOOD
                                        Attorneys for Defendants GREAT

5                                         AMERICAN INSURANCE COMPANY,
                                        GREAT AMERICAN ASSURANCE

6                                         COMPANY f/k/a AGRICULTURAL
                                        INSURANCE COMPANY, and SEATTLE

7                                         SPECIALTY INSURANCE SERVICES,
                                        INC.

8

9    Dated: January ___, 2006            CARLSON, CALLADINE & PETERSON LLP

10

11                                       By: _____

12                                         EDWARD F. DONOHUE
                                        Attorneys for Defendants MATTERHORN

13                                         FINANCIAL SERVICES, INC. and
                                        BANCINSURE, INC.

14

15    Dated: January ___, 2006            GIBSON DUNN & CRUTCHER LLP

16

17                                         By: _____

18                                         KIRK A. PATRICK
                                        Attorneys for Defendants ZURICH

19                                         AMERICAN INSURANCE COMPANY,
                                        FIDELITY & DEPOSIT COMPANY OF

20                                         MARYLAND, COLONIAL AMERICAN
                                        CASUALTY AND SURETY COMPANY,

21                                         and EMPIRE INDEMNITY INSURANCE
                                        COMPANY

22

23    Dated: January ___, 2006            BARGER & WOLEN LLP

24

25                                         By: _____
                                        LARRY M. GOLUB

26                                         Attorneys for Defendants THE
                                        TRAVELERS INDEMNITY COMPANY

27                                         OF AMERICA, NORTH AMERICAN
                                        CAPACITY INSURANCE COMPANY,

28                                         and GUARANTY NATIONAL
                                        INSURANCE COMPANY

| 1 | Dated: February __, 2006 | FRIEDMAN DUMAS & SPRINGWATER LLP |

Dated: February __, 2006 · FRIEDMAN DUMAS & SPRINGWATER LLP

By: _____
GAIL S. GREENWOOD
Attorneys for Defendants GREAT
AMERICAN INSURANCE COMPANY,
GREAT AMERICAN ASSURANCE
COMPANY f/k/a AGRICULTURAL
INSURANCE COMPANY, and SEATTLE
SPECIALTY INSURANCE SERVICES,
INC.

Dated: February 0, 2006 · CARLSON, CALLADINE & PETERSON LLP

By: _____
EDWARD F. DONOHUE
Attorneys for Defendants MATTERHORN
FINANCIAL SERVICES, INC. and
BANCINSURE, INC.

Dated: February __, 2006 · GIBSON DUNN & CRUTCHER LLP

By: _____
KIRK A. PATRICK
Attorneys for Defendants ZURICH
AMERICAN INSURANCE COMPANY,
FIDELITY & DEPOSIT COMPANY OF
MARYLAND, COLONIAL AMERICAN
CASUALTY AND SURETY COMPANY,
and EMPIRE INDEMNITY INSURANCE
COMPANY

Dated: February 4, 2006 · BARGER & WOLEN LLP

By: _____
LARRY M. GOLUB
Attorneys for Defendants THE
TRAVELERS INDEMNITY COMPANY
OF AMERICA, NORTH AMERICAN
CAPACITY INSURANCE COMPANY,
and GUARANTY NATIONAL
INSURANCE COMPANY

AMLT\44766\651933.1

-6-

STIPULATION TO HEARING ON MOTIONS TO DISMISS,
ETC.; ORDER (No. C 05 4365 PJH)

1  Dated: February __, 2006

2

3

4

5

6

7

8

9  Dated: February __, 2006

10

11

12

13

14

15  Dated: February **7**, 2006

16

17

18

19

20

21

22

23  Dated: February __, 2006

24

25

26

27

28

FRIEDMAN DUMAS & SPRINGWATER LLP


By: _____
     GAIL S. GREENWOOD
     Attorneys for Defendants GREAT
     AMERICAN INSURANCE COMPANY,
     GREAT AMERICAN ASSURANCE
     COMPANY f/k/a AGRICULTURAL
     INSURANCE COMPANY, and SEATTLE
     SPECIALTY INSURANCE SERVICES,
     INC.


CARLSON, CALLADINE & PETERSON LLP


By: _____
     EDWARD F. DONOHUE
     Attorneys for Defendants MATTERHORN
     FINANCIAL SERVICES, INC. and
     BANCINSURE, INC.


GIBSON DUNN & CRUTCHER LLP


By: _____
     KIRK A. PATRICK
     Attorneys for Defendants ZURICH
     AMERICAN INSURANCE COMPANY,
     FIDELITY & DEPOSIT COMPANY OF
     MARYLAND, COLONIAL AMERICAN
     CASUALTY AND SURETY COMPANY,
     and EMPIRE INDEMNITY INSURANCE
     COMPANY


BARGER & WOLEN LLP


By: _____
     LARRY M. GOLUB
     Attorneys for Defendants THE
     TRAVELERS INDEMNITY COMPANY
     OF AMERICA, NORTH AMERICAN
     CAPACITY INSURANCE COMPANY,
     and GUARANTY NATIONAL
     INSURANCE COMPANY

1      Dated: February __, 2006           FRIEDMAN DUMAS & SPRINGWATER LLP

2

3                                       By: _____

4                                             GAIL S. GREENWOOD
                                            Attorneys for Defendants GREAT

5                                             AMERICAN INSURANCE COMPANY,
                                            GREAT AMERICAN ASSURANCE

6                                             COMPANY f/k/a AGRICULTURAL
                                            INSURANCE COMPANY, and SEATTLE

7                                             SPECIALTY INSURANCE SERVICES,
                                            INC.

8

9      Dated: February __, 2006           CARLSON, CALLADINE & PETERSON LLP

10

11                                             By: _____

12                                             EDWARD F. DONOHUE
                                            Attorneys for Defendants MATTERHORN

13                                             FINANCIAL SERVICES, INC. and
                                            BANCINSURE, INC.

14

15      Dated: February __, 2006           GIBSON DUNN & CRUTCHER LLP

16

17                                             By: _____

18                                             KIRK A. PATRICK
                                            Attorneys for Defendants ZURICH

19                                             AMERICAN INSURANCE COMPANY,
                                            FIDELITY & DEPOSIT COMPANY OF

20                                             MARYLAND, COLONIAL AMERICAN
                                            CASUALTY AND SURETY COMPANY,

21                                             and EMPIRE INDEMNITY INSURANCE
                                            COMPANY

22

23      Dated: February 4, 2006           BARGER & WOLEN LLP

24

25                                             By: _____
                                            LARRY M. GOLUB

26                                             Attorneys for Defendants THE
                                            TRAVELERS INDEMNITY COMPANY

27                                             OF AMERICA, NORTH AMERICAN
                                            CAPACITY INSURANCE COMPANY,

28                                             and GUARANTY NATIONAL
                                            INSURANCE COMPANY

1

2  Dated: February 2, 2006                    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                              & DICKER LLP
3

4                                             By: _____

5                                                 REBECCA BENHURI
                                                  Attorneys for Defendant DEERFIELD
6                                                 INSURANCE COMPANY

7

8      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
9

10     Dated: _____

11

12                                            _____

13                                                 Hon. Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMLT\4766\651933.1                                     STIPULATION TO HEARING ON MOTIONS TO DISMISS,
                              -7-                         ETC.; ORDER (No. C 05 4365 PJH)

1

2   Dated: February __, 2006          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                      & DICKER LLP
3

4
                                      By: _____
5                                         REBECCA BENHURI
                                          Attorneys for Defendant DEERFIELD
6                                         INSURANCE COMPANY

7

8
    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
9
            2/10/06
10  Dated: _____

11

12                                    IT IS SO ORDERED

13

14                                    Judge Phyllis J. Hamilton

15

16

17

18

19

20

21

22

23

24

25

26

27

28