United States District Court
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN LAND TITLE ASSOCIATION,

    Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY, et al.,

    Defendants.

                                    /

No. C 05-4365 PJH

**ORDER**

Plaintiff filed this action for declaratory and injunctive relief on October 26, 2005, against eighteen defendants. Various defendants and groups of defendants have filed a total of five motions to dismiss. Other defendants have joined in those motions. On February 10, 2006, the court ordered, pursuant to stipulation, that plaintiff's opposition to the motions would be filed on March 1, 2006, and that defendants' replies would be filed on April 12, 2006. The hearing is presently set for May 10, 2006.

The court has reviewed the defendants' papers, and finds that there is considerable overlap of arguments and issues raised. In the interests of judicial economy, therefore, the court orders further that plaintiff shall file a single opposition to the motions, not to exceed 35 pages. Defendants shall coordinate their responses to the opposition, and shall file a single reply, not to exceed 25 pages.

**IT IS SO ORDERED.**

Dated: February 10, 2006

                                                                     
PHYLLIS J. HAMILTON
United States District Judge